# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff - Appellee*, | ) | |
| v. | ) | No.  25-4006 |
| BRIAN PATRICK WERTH, | ) | |
| *Defendant - Appellant.* | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF AND PARTIES' JOINT APPENDIX

Defendant-Appellant Brian Werth, by and through undersigned counsel, hereby moves this Court pursuant to Federal Rule of Appellate Procedure 26(b) for a 30-day extension of the deadline to file his opening brief and the parties' joint appendix in this case.

The briefing order, which was issued on February 26, 2025, set April 2, 2025, as the deadline for Mr. Werth to file his opening brief and the parties' joint appendix. ECF 13. Based on additional subsequent extensions, the current due date for the brief is June 2, 2025. ECF 17. Due to defense counsel's workload, including multiple briefing deadlines and upcoming hearings, counsel needs additional time to adequately prepare Mr. Werth's brief. This is Mr. Werth's third request for an extension of the Court's briefing order.

Counsel for the government, Assistant United States Attorney David C. Bornstein, does not object to this motion.

Respectfully submitted,

James Wyda
Federal Public Defender
  for the District of Maryland

*/s/ Claire Madill*
Claire Madill
Assistant Federal Public Defender
6411 Ivy Lane
Suite 710
Greenbelt, Maryland 20770
Phone: (301) 344-0600
Fax: (301) 344-0019
Email: claire_madill@fd.org

Counsel for *Defendant - Appellant*

**Certificate of Service**

I certify that on May 27, 2025, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/Claire Madill*
Claire Madill
Assistant Federal Public Defender